NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Mirsky Corporate Advisors, a Professional Corporation
Steven J. Mirsky (SBN 297370)
901 Dove St., Ste. 120
Newport Beach, CA 92660

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDLA Courier Service, Inc. and James Goodman, Jr.<br><br>Plaintiff(s),<br>v.<br>City Capital NY LLC, a Connecticut limited liability company, d/b/a Gold Capital USA, City Capital NY LLC, a New York (see attachment #1)<br>Defendant(s). | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     SDLA Courier Service, Inc. and James Goodman, Jr.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SDLA Courier Service, Inc. | Plaintiff |
| James Goodman | Plaintiff |

September 20, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Steven J. Mirsky