Steven J. Mirsky (SBN 297370)
**MIRSKY CORPORATE ADVISORS, APC**
901 Dove. St, Ste. 120
Newport Beach, CA 92660
(949) 200-6837
Email: smirsky@mirskycorporateadvisors.com.
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDLA COURIER SERVICE, INC., *et al.*, <br><br> Plaintiffs. <br> v. <br><br> CITY CAPITAL NY LLC*, et al.* <br><br> Defendants. | Case No: 2:24-cv-08115-MRA-E <br> Hon. Mónica Ramírez Almadani <br><br> **SUPPLEMENTAL DECLARATION OF WESLEY HESKER IN SUPPORT OF PLAINTIFFS' REPLY TO ORDER TO SHOW CAUSE** |

### DECLARATION OF WESLEY HESKER

1. I am over 18 years of age.

2. I am the Chief Financial Officer of SDLA Courier Service, Inc ("SDLA").

3. Amazon, Inc. ("Amazon") sent us a Notice of Termination on August 5, 2024. A true and accurate copy of the Notice of Termination is attached hereto as **Exhibit A**.

4. Amazon's termination of the contract eliminated SDLA's sole source of revenue.

5. As a result, SDLA laid off 451 employees between August 6 and August 7, 2024, as indicated in the report attached hereto as **Exhibit B**.

6. SDLA was unable to provide final paychecks at the time of termination because Defendants had placed a hold on SDLA's bank accounts and with Amazon. Since Amazon was our only client, Amazon held all funds payable to SDLA in compliance with the lien hold issued by Defendants.

7. On August 13, 2024, SDLA received an e-mail from Marie Koshkarian from the U.S. Department of Labor ("DOL") indicating that they had "received a complaint from an employee, regarding non-payment pay-check for the entire workforce." A true and accurate copy of the correspondence is attached hereto as **Exhibit C**.

8. On or about August 21, 2024, Amazon paid $636,909.15 to a payroll provider to cover amounts payable to employees upon termination. However, this amount did not cover all employees.

9. There remain at least five (5) employees who have not received a final paycheck. Upon information and belief, this is a violation of California labor law that is ongoing.

10. SDLA and Amazon have been negotiating in good faith to receive funds on hold with Amazon. However, Amazon is not willing to release funds unless Defendant's hold is released.

11. SDLA requires Defendants hold to be released to access its Chase account and obtain access to funds on hold with Amazon in order to pay remaining five (5) employees.

I declare the foregoing to be true and correct under the laws of perjury of the State of California.

October 4, 2024

Signed by:
D3FA9980C49C4D9...

Wesley Hesker

SUPPLEMENTAL DECLARATION OF WESLEY HESKER- 2