Steven J. Mirsky (SBN 297370)
**MIRSKY CORPORATE ADVISORS, APC**
901 Dove. St, Ste. 120
Newport Beach, CA 92660
(949) 200-6837
Email: smirsky@mirskycorporateadvisors.com.
*Attorney for Plaintiffs*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDLA COURIER SERVICE, INC., *et al.*,<br><br>Plaintiffs.<br>v.<br><br>CITY CAPITAL NY LLC, *et al.*<br><br>Defendants. | Case No: 2:24-cv-08115-MRA-E<br>Hon. Mónica Ramírez Almadani<br><br>**RESPONSE TO OCTOBER 7, 2024 ORDER** |

On October 7, 2024 at 1:30 p.m., the Court heard arguments for an Order to Show Cause Why Preliminary Injunction Should Not Issue.

During the hearing, the Court ordered Plaintiffs' counsel to file with the Court a copy of the Temporary Restraining Order filed under the matter *SDLA Courier Service, Inc. v. Unlimited Capital, LLC*, Index No. FST-CV24-6067701-S filed in the Superior Court of Connecticut, Judicial District of Stamford (the "**Connecticut Case**") within 24 hours of the hearing.

A true and accurate copy of the Temporary Restraining Order filed in the Connecticut Case is attached hereto as **Exhibit A**.

The Court stated that Plaintiffs' counsel was not required to serve Defendants a copy of this filing under Rule 5 to comply with the Court's Order.

///

1
2
3
4  October 8, 2024
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted,

*Steven J. Mirsky, Esq.*

*Attorney for Plaintiffs*