(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
**GLASS & GOLDBERG**
Marshall F. Goldberg, SBN 89677
22917 Burbank Blvd.
Woodland Hills, CA 91367-4203
Telephone (818) 888-2220
Facsimile (818) 888-2229
mgoldberg@glassgoldberg.com

State Bar No. 89677
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SDLA COURIER SERVICE, INC., a California Corporation; and JAMES GOODMAN, JR. an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY CAPITAL NY LLC, a Connecticut company, d/b/a Gold Capital USA; CITY CAPITAL NY LLC, a New York limited liability company, d/b/a Gold Capital USA; MCA RECEIVABLES GROUP LLC, a Delaware limited liability company; ACE RECOVERY GROUP LLC, a New York limited liability company; JOSEF GOLD, an individual; ZACH GOLD, an individual; DANIEL GOLD and DOES 1-20. <br><br> Defendants. | Case No: 2:24-cv-08115-MRA-E <br><br> Honorable Mónica Ramírez Almadani <br><br> **DECLARATION OF DANIEL DAVYDOV IN SUPPORT OF DEFENDANTS ACE RECOVERY GROUP LLC AND DANIEL GOLD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br> [Filed concurrently with Notice of Motion and Motion to Dismiss and Declaration of Marshall F. Goldberg] <br><br> DATE:  January 6, 2025 <br> TIME:  1:30 PM <br> DEPT:  Courtroom 10B <br><br> COMPLAINT: 09-20 2024 <br> TRIAL DATE: None Set |

I, **DANIEL DAVYDOV aka DAN GOLD**, declare as follows:

1. I am the owner and Chief Operating Officer of **ACE RECOVERY GROUP, LLC** (**"Ace"**). Ace is a third-party collection agency located in Staten Island at 3171 Richmond Rd., Fl. 2, New York, New York 10306 and registered to do business in the State of New York. Ace's business is to assist with recovering amounts claimed to be owed, when hired by creditors.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Ace's previous address was a shared space at the same address as City/Gold Capital at 164 20th Street, Suite 4E, New York, New York and last year it moved to the Staten Island location I

1

reside in Miami Florida and have never lived in California. Ace and I are not residents of California, do not conduct business in California, and have no physical presence or substantial connection to the state.

4. My real name is Daniel Davydov, but because it is difficult to pronounce, for business purposes, I use the pseudonym, Dan Gold. I have no affiliate connection with the other Defendants named in this lawsuit even though their names containing the word, "Gold". It is purely a coincidence. My only connection with Gold Capital USA, the dba of City Capital Ny LLC and City Capital NY LLC (**"City"**) is that Ace is hired from time to time to handle collections. I have no affiliation with City other than as a vendor for collection of accounts when hired.

5. City retained Ace to assist with recovering certain amounts claimed to be owed from **SDLA COURIER SERVICE, INC. ("Plaintiff")**. Ace received the request for assistance from City on August 14, 2024, at which point Ace, in the ordinary course of business, issued letters advising the Plaintiff of City's UCC 1 financing statement, attached hereto as **Exhibit "1"** and incorporated herein by reference. Ace's sole action in this case was to forward a copy of the UCC-1 financing statement— previously filed by City—to Amazon, Inc. ("Amazon") to notify Amazon of City's security interest in SDLA's assets. Other than sending copies of the UCC financing statements, no other work was done by Ace.

6. I have hired counsel to represent me in my defense of this action, who reviewed the court docket and learned that on September 20, 2024, the Court denied Plaintiff's Application for Temporary Protective Order in part but granted it in part giving the Plaintiff an opportunity to be heard for a Preliminary Injunction upon serving the Defendants by mail with the Application no later than September 27, with any opposition due on October 2, 2024. I was never advised of the Application for Temporary Protective Order and therefore did not have an opportunity to respond by October 2, 2024, assuming I had decided it was necessary. I never received notice of the hearing and was unaware it was granted. According to the Order, none of the Defendants appeared at the Preliminary Injunction Hearing and the application went unopposed **(Doc. 27)**.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on November 15, 2024, at Miami, Florida.

DANIEL DAVYDOV

*Signed by: Daniel Davydov*
18277AC5281F4E7...

# EXHIBIT 1



99 Wall Street #4890
New York, NY 10005

_____
Tel: (718) 750-0679

August 14, 2024

**Re: SDLA Courier Service Inc. and James Elmer Jr Goodman**

Dear Sirs/Madams,

Please see the enclosed letter and supporting documents, requesting that a hold be placed on the following merchant's accounts receivable:

SDLA Courier Service Inc. and James Elmer Jr Goodman
1865 W 222nd St, STE B, Torrance, CA, 90501-3622

The original documents will follow via mail.

_____
Daniel Gold, as Authorized Officer
Ace Recovery Group, LLC.
99 Wall Street #4890
New York, NY 10005
(718) 750-0679
Info@AceRecoveryGrp.com



**Ace Recovery Group**

99 Wall Street #4890
New York, NY 10005

_____

Tel: (718) 750-0679

**VIA CERTIFIED MAIL**
AMAZON.COM, INC.
Attn: Legal Department- Legal Process
Corporation Service Company
300 DESCHUTES WAY SW STE 208
TUMWATER WA 98501-7719

**UCC LIEN NOTICE AND NOTICE OF POWER OF ATTORNEY ("POA")
GRANTED BY MERCHANT TO Gold Capital USA GIVING Gold Capital USA
("POA")
OVER ACCOUNT RECEIVABLES OF MERCHANT**

**Re: SDLA Courier Service Inc. and James Elmer Jr Goodman**

EIN: 47-4655224

**Balance due to Gold Capital USA: $724,700.00**

Attn Legal Department:

    Ace Recovery Group LLC is the authorized collection agent for Gold Capital USA (the "Secured Party") in the above matter. This notice is being sent pursuant to §9-406 of the Uniform Commercial Code (UCC) as it has come to our attention that you may have a balance owed to SDLA Courier Service Inc. and James Elmer Jr Goodman (the "Merchant"), located at 1865 W 222nd St, STE B, Torrance, CA, 90501-3622.

    Please be advised that the Merchant has defaulted on a secured merchant agreement entered into by and between the Merchant and Secured Party, a copy of which is enclosed for your reference ("Agreement"). The balance currently due and owing to Secured Party pursuant to the Agreement is $724,700.00.

    Pursuant to the enclosed Agreement, Gold Capital USA purchased 40% of the Merchant's total future accounts receivable up to the sum of $749,500.00. In accordance with the Agreement, Gold Capital USA filed a UCC-1 financing statement with the appropriate Secretary of State of CA, thereby obtaining a perfected security interest in the Merchant's assets, including without limitation, the Merchant's accounts receivables. A copy of the UCC-1 is also enclosed for your reference.

In addition, pursuant to the Agreement, the Merchant granted to Gold Capital USA a limited power-of-attorney with respect to the Merchant's account debtors and credit-card processing, which can be found in the Agreement titled "Power of Attorney", a copy of which is enclosed herein for reference.

The Merchant has breached the Agreement by filing to remit the purchased receivables in accordance with the terms of the Agreement.

It has come to Gold Capital USA's attention that you may have a balance owed to the Merchant or have been holding funds for the Merchant. Pursuant to Section 9-406 of the Uniform Commercial Code (the "UCC"), after receipt of this notice, "the account debtor may discharge its obligation by paying the assignee and may not discharge the obligation by paying the assignor." In other words, you can only satisfy the debt that you owe to SDLA Courier Service Inc. by paying Gold Capital USA. In addition, pursuant to UCC § 9-607, after an event of default, a secured party may notify an account debtor to make payment to or for the benefit of the secured party. Accordingly, you are hereby notified to make payment of all sums in your possession currently due and owing to SDLA Courier Service Inc. to the undersigned, as agent for Gold Capital USA, until the sum of $724,700.00 is remitted.

Based on the foregoing, this notice is to inform your failure to remit all sums owed to SDLA Courier Service Inc. to Gold Capital USA up to the specified sum will constitute a violation of the UCC and interference with the agreements between SDLA Courier Service Inc. and Gold Capital USA.

Please direct all funds owed by you on behalf of the Merchant, or collected by you on behalf of the Merchant to Ace Recovery Group until the amount of $724,700.00 has been remitted. The UCC-1 puts all parties on notice of Gold Capital USA's rights to the Merchant's assets as a secured party. Please contact me with any questions.

    ACE RECOVERY GROUP LLC,
    as Agent for Secured Party

    Very Truly Yours,

    _____
    Daniel Gold, as Authorized Officer
    Ace Recovery Group, LLC.
    99 Wall Street #4890
    New York, NY 10005
    (718) 750-0679
    Info@AceRecoveryGrp.com