(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
**GLASS & GOLDBERG**
Marshall F. Goldberg, SBN 89677
22917 Burbank Blvd.
Woodland Hills, CA 91367-4203
Telephone (818) 888-2220
Facsimile (818) 888-2229
mgoldberg@glassgoldberg.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDLA COURIER SERVICE, INC., a California Corporation; and JAMES GOODMAN, JR. an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY CAPITAL NY LLC, a Connecticut company, d/b/a Gold Capital USA; CITY CAPITAL NY LLC, a New York limited liability company, d/b/a Gold Capital USA; MCA RECEIVABLES GROUP LLC, a Delaware limited liability company; ACE RECOVERY GROUP LLC, a New York limited liability company; JOSEF GOLD, an individual; ZACH GOLD, an individual; DANIEL GOLD and DOES 1-20. <br><br> Defendants. | Case No: 2:24-cv-08115-MRA-E <br><br> Honorable Mónica Ramírez Almadani <br><br> **APPLICATION TO APPEAR REMOTELY AT DEFENDANTS ACE RECOVERY GROUP LLC AND DANIEL GOLD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(2))** <br><br> DATE: January 13, 2025 <br> TIME: 1:30 PM <br> DEPT: Courtroom 10B <br><br> COMPLAINT: 09-20 2024 <br> TRIAL DATE: None Set |

Counsel for Defendants **ACE RECOVERY GROUP LLC ("Ace")** and **DANIEL DAVYDOV aka DAN GOLD ("Defendant Dan"),** Marshall F. Goldberg of the law firm of Glass & Goldberg, hereby applies for permission to appear remotely at the hearing on Defendant Dan's Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12(b)(2). The basis for the Application is that counsel for Defendant Gold will be undergoing serious neck surgery on January 16, 2025 to replace four discs in a procedure called Artificial Disc Replacement and at this time it is difficult to travel to court by vehicle because of the tenderness and pain in the neck as set forth in the Declaration of Marshall F. Goldberg herein.

No opposition to the Motion to Dismiss has been filed or served.

Respectfully submitted

DATED: January 3, 2025                    GLASS & GOLDBERG, APC

By: /S/ MARSHALL F. GOLDBERG
MARSHALL F. GOLDBERG, Attorneys for ACE RECOVERY GROUP LLC AND DAN GOLD

I, MARSHALL F. GOLDBERG, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and in the United States District Court, Central District of California. I am a partner in the Law Firm of Glass & Goldberg, ALC, counsel for Defendants **ACE RECOVERY GROUP LLC ("Ace")** and **DAN GOLD ("Defendant Dan"),** named in the above lawsuit.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

I make this declaration in accordance with this Court's procedures, which reads as follows:

> "All court proceedings shall be held in person, unless otherwise ordered by the Court. Requests for remote appearances will be considered only upon a written application filed at least seven (7) days before the hearing and supported by an appropriate declaration establishing good cause."

3. Through CT Scans, Xrays and MRIs, I have been diagnosed with a condition called Advanced Cervical spondyloarthropathy with severe arthropathy. As such I am set to undergo a surgery called Interior Cervical Discectomy and Artificial Disc Replacement on January 16, 2025 for replacement of the C3-C4, C4-C5, C5-C6 and C6-C7 discs in my neck.

4. At this time, it is difficult for me to drive or even be in a vehicle for any limited or extended period of time. As such I request that the court allow me to attend the hearing on January 16, 2025 remotely.

5. I have received no opposition to the Motion to Dismiss nor seen any filing on the Court Docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2025, at Woodland Hills, CA.

/S/ MARSHALL F. GOLDBERG
BY: MARSHALL F. GOLDBERG

# CERTIFICATE OF SERVICE

## United States District Court for the Central District of California
## Case No. 2:24-cv-08115-MRA-E

At the time of service, I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is: 22917 Burbank Blvd., Woodland Hills, CA 91367.

On January 3, 2025 I served true copies of the following documents: **APPLICATION TO APPEAR REMOTELY AT DEFENDANTS ACE RECOVERY GROUP LLC AND DANIEL GOLD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(2)) and PROPOSED ORDER**

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on the January 3, 2025 at Woodland Hills, CA.

/S/ JILL BAILEY
JILL BAILEY