Steven J. Mirsky, SBN 297370
**MIRSKY CORPORATE ADVISORS, APC**
901 Dove St., Ste. 120
Newport Beach, CA 92660
Telephone: (949) 200-6837
Email: smirsky@mirskycorporateadvisors.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDLA COURIER SERVICE, INC., *et al.* <br><br> Plaintiffs. <br> v. <br> CITY CAPITAL NY LLC, *et al*. <br><br> Defendants. | Case No. 2:24-cv-08115-MRA-E <br><br> Hon. Mónica Ramírez Almadani <br><br> **PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT; APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST GOLD CT AND MRG; DECLARATION OF STEVEN J. MIRSKY IN SUPPORT** |

SDLA Courier Service, Inc. and Jame E. Goodman, Jr., each a plaintiff (the "Plaintiffs") in the above-captioned case (the "Case"), hereby submits this Application for Default Judgment (the "Application"), pursuant to Fed. R. Civ. Proc. 55(b)(2) and Local Rule 55-1 against City Capital NY LLC, a Connecticut limited liability company d/b/a Gold Capital USA ("Gold CT") and MCA Receivables Group LLC, a Delaware limited liability company ("MRG").

-1-
APPLICATION FOR DEFAULT JUDGMENT

1  Gold CT and MRG have failed to plead, timely respond, or otherwise defend this action as it
2  appears from the court file herein and from the attached Declaration of Steven J. Mirsky, Esq.

4  Dated: 02/24/2025                    **MIRSKY CORPORATE ADVISORS, APC**

6  By _____
7  Steven J. Mirsky
   *Counsel for Plaintiffs*